972

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. MATTHEW McDOWELL, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ JOANNE GUIDER, Respondent, v. CLEMENT H. GUIDER, Appellant.— Motion to place case on September 1960 Term for argument denied.

■ THERESA NICOSIA, Appellant, v. VICTOR DRAPER, SR., Respondent.— Motion granted to extent that appeal may be prosecuted upon one typewritten copy of record and five typewritten copies of brief, and otherwise motion denied.

■ WOLVERINE WINTER-SEAL CORP., Respondent, v. WAY JEWELERS, INC., Appellant, et al., Defendant.— Motion to extend time for argument of appeal to and including November 1960 Term of court granted.

■ JAMES W. HURD, Appellant, v. KEYSTONE BUILDER & SUPPLY CO., et al., Respondents. FREDERICK J. ICE, Appellant, v. KEYSTONE BUILDER AND SUPPLY CO., INC., et al., Respondents.— Appeals dismissed, with $10 motion costs for failure to comply with previous orders.

■ ROBERT SMITH, Respondent, v. EDGAR NELSON et al., Appellants.— Appeal dismissed, without costs, for failure to comply with previous order.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELEN CRASKA, Also Known as HELEN DAVIS, Appellant.— Appeal dismissed unless appellant's brief is filed and served on or before September 22, 1960. Respondent's brief must be filed and served on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant.— Application by District Attorney to file and serve typewritten brief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUTHER BENNETT, Appellant.— Motion granted and time for argument of appeal enlarged to include October 1960 Term of court, on condition that appellant's typewritten brief is filed and served on or before September 29, 1960. Respondent is directed to file and serve brief on or before October 6, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NORMAN VETTER, Appellant.— Appeal dismissed unless appellant's typewritten briefs are filed and served on or before September 29, 1960; respondent directed to file and serve brief on or before October 6, 1960. Time for argument of appeal enlarged to include October 1960 Term, if briefs so filed and served.

■ WILLIAM R. SPRINGBORN, Respondent, v. GEORGE GOTTLER, Defendant and DONALD A. STAERKER, Appellant. GEORGE GOTTLER, Respondent, v. DONALD A. STAERKER, Appellant.— Motion granted and appeal by defendant Staerker with respect to judgment in favor of defendant Gottler and only in that respect, dismissed.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. DAVID DONNELLY, Appellant.— Permission granted to appeal on one typewritten copy of transcript and five typewritten copies of brief. Appeal dismissed unless appellant's record and briefs are filed on or before September 29, 1960. Respondent must file brief on or before October 6, 1960 if appeal is to be argued at October 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOSEPH SCHOENBERGER et al., Defendants.— Motion for a change of venue denied.

■ FRANK DI MARIA, Appellant, v. GERALD L. PADDOCK, Respondent.— Appeal dismissed unless records and appellant's briefs are filed and served on or before September 23, 1960. Respondent's brief must be filed on or before October 6, 1960 if appeal is to be argued at October 1960 Term.